UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**    JS-6

| Case No. | 2:25-cv-06763-CAS-MARx | Date | September 3, 2025 |
|---|---|---|---|
| Title | Federal National Mortgage Association v. Marvin Solares et al | | |

Present: The Honorable **CHRISTINA A. SNYDER**

| Catherine Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:
Not Present    Not Present

**Proceedings:**    **(IN CHAMBERS) -** ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION

On March 25, 2025, plaintiff Federal National Mortgage Association ("plaintiff") filed this unlawful detainer action against defendants Marvin Solares ("Solares"), Alice Barker, and Does 1-10 (collectively, "defendants") in Los Angeles County Superior Court. Dkt. 1 at 8. Solares removed the case to this Court on July 24, 2025. Id. at 1. Solares concurrently filed a request to proceed *in forma pauperis*. Dkt. 2. Solares asserts that this Court has jurisdiction on the basis of a federal question. Dkt. 1 at 2 (citing 28 U.S.C. § 1331).

It appears that this Court lacks subject matter jurisdiction over this action. The law is clear that "[u]nlawful detainer actions are strictly within the province of state court." Federal Nat'l Mort. Assoc. v. Suarez, 2011 U.S. Dist. LEXIS 82300, *6 (E.D. Cal. Jul. 27, 2011); Deutsche Bank Nat'l Trust Co. v. Leonardo, 2011 U.S. Dist. LEXIS 83854, *2 (C.D. Cal. Aug. 1, 2011) ("[T]he complaint only asserts a claim for unlawful detainer, a cause of action that is purely a matter of state law.").

Here, the only claim asserted by plaintiff is for unlawful detainer against defendants. See dkt. 1 at 8. The Court therefore lacks subject matter jurisdiction and must remand. Suarez, 2011 U.S. Dist. LEXIS 82300 at *6. On August 19, 2025, the Court ordered defendant to show cause, in writing, no later than September 2, 2025, why this case should not be remanded to Los Angeles County Superior Court. Dkt. 8. Defendant has failed to respond to the order to show cause. Accordingly, the Court **REMANDS** this case to Los Angeles County Superior Court.

IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |